No. 546.  JONES ET UX. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Roy St. Lewis* and *Carl L. Shipley* for petitioners.  *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Lester S. Jayson* for the United States.

No. 145, Misc.  SMITH *v.* HEINZE, WARDEN.  Supreme Court of California.  Certiorari denied.  Petitioner *pro se.  Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 164, Misc.  BRAWER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.  Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 216, Misc.  BERMAN *v.* GILLROY, COMMISSIONER, DEPARTMENT OF HOUSING AND BUILDINGS OF THE CITY OF NEW YORK, ET AL.  Court of Appeals of New York. Certiorari denied.  Petitioner *pro se.  Denis M. Hurley* and *Seymour B. Quel* for respondents.

No. 309, Misc.  TOELLE *v.* COLORADO SEMINARY ET AL. Supreme Court of Colorado.  Certiorari denied.  *Albert Ellis Radkinsky* for petitioner.

No. 321, Misc.  JONES *v.* FLORIDA.  Supreme Court of Florida.  Certiorari denied.  *Zachariah Hicklin Douglas* for petitioner.